IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
02 MAY 20 PM 12 30
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| MARVIN GAYE DATES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 01-S-0185-E |
| | ) | |
| WARDEN JOHN NAGLE and | ) | |
| THE ATTORNEY GENERAL | ) | |
| OF THE STATE OF ALABAMA, | ) | ENTERED |
| | ) | |
| Respondents. | ) | MAY 20 2002 |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 9) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.

An appropriate order will be entered.

DONE, this __20th__ day of May, 2002.

_____
UNITED STATES DISTRICT JUDGE